PD-0991-15

IN THE

TEXAS COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

RONALD FAY SCHERMERHORN §
( Petitioner

VS.

THE STATE OF TEXAS §
( Respondent

certified Mail 7014 2120 0003 5006 5932

§ From District 4
Tarrant County, Texas
§ Cause no.

§ 1323955 R

FILED IN
COURT OF CRIMINAL APPEALS

AUG 03 2015

Abel Acosta, Clerk

PETITIONERS FIRST REQUEST FOR
EXTENDED TIME TO FILE PETITION FOR
DISCRETIONARY REVIEW AND REQUEST TO
SUSPEND T.R.A.P. RULE 9.3.(b)

To the Honorable Justices of Said Court:

Now Comes, Ronald Fay Schermerhorn, proceeding Pro Se and indigent in the above Styled and numbered Cause, respectfully asks this Court to extend the filing deadline date for an additional (60) days, thus allowing petitioner to prepare and present a meaningful petition for Discretionary review. In addition, petitioner requests that due to his INDIGENT Status, that T.R.A.P.

1

Rule 9.3 (b), be suspended pursuant to T.R.A.P. Rule 2, allowing petitioner to file only the original Petition for Discretionary review instead of the required (11) copies, as required by Rule 9.3. (b).

In support thereof, petitioner would show the Court the following:

1. Petitioner was advised by his Court appointed attorney on July 14th, 2015 (The Courts opinion was sent per certified mail #7014 2120 0001 2470-2162 by petitioners Court appointed Counsel on July 10th, 2015) that the EL Paso Court of Appeals affirmed his Conviction in Cause no. 08-13-00236-CR

2. Petitioners Pro Se motion for Rehearing was denied by the Court of Appeals in EL Paso as untimely filed (this was due to petitioners attorney informing him of the Courts opinion 14 days after the Courts opinion of July 1st, 2015, Petitioner received this opinion on his rehearing motion on July 28th, 2015.

3. Petitioner was also advised that his attorney would not pursue the filing of a petition for Discretionary review on petitioners behalf.

4. Petitioner does not have legal skills capable to handle this proceeding and requires assistance from a fellow

2

inmate due to the Complexity of the issues involved with this Case, and

5. Petitioner is NOT requesting additional time to file his PDR to harass Respondent, nor delay the proceedings, but for the Sole purpose of preparing and presenting a meaningful PDR PDR.

WHEREFORE, PREMISES CONSIDERED, Petitioner asks this Court to grant this motion, extending the filing deadline date for his PDR for an additional (60) days from July 14th, 2015, or any additional time this Court deems appropriate, AND, petitioner asks that, due to his indigent Status, T.R.A.P. Rule 9.3 (b) be Suspended pursuant to T.R.A.P. Rule 2, allowing Petitioner to file only the original Petition, for Discretionery review in this Court.

Executed on this 28th day of July, 2015

Ronald Fay Schermerhorn
3060 FM 3514
Beaumont, Tx. 77705

3

## OATH

I Ronald Fay Schermerhorn, do declare under the penalty of perjury pursuant to Tex. Civ. Prac. Rem. Code § 132.001 - §132.003, that the facts stated herein are true and Correct.

Executed on this 28th day of July 2015

Ronald Fay Schermerhorn

## CERTIFICATE OF SERVICE

I, Ronald Fay Schermerhorn, do Certify that a true copy of petitioners request for extended time to file PDR, and request to Suspend Rule 9.3.(b), was served on Respondent by U.S. mail, postage prepaid, addressed to: Mr. Charles Mallin
(Assistant District attorney (appeal)
401 West BelKnap Street
Fort Worth, Tx, 76196

Executed on this 28th day of July 2015

Ronald Fay Schermerhorn
3060 FM 3514
Beaumont, Tx. 77705

4